1 Todd M. Friedman (SBN 216752)
2 Adrian R. Bacon (SBN 280332)
3 Meghan E. George (SBN 274525)
  Thomas E. Wheeler (SBN 308789)
4 LAW OFFICES OF TODD M. FRIEDMAN, P.C.
5 21550 Oxnard St. Suite 780,
  Woodland Hills, CA 91367
6 Phone: 877-206-4741
7 Fax: 866-633-0228
  tfriedman@toddflaw.com
8 abacon@toddflaw.com
9 mgeorge@toddflaw.com
  twheeler@toddflaw.com
10 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Christina Burrell,** | ) Case No. **2:17-cv-08379-MWF** |
| **Plaintiff,** | ) |
|  | ) **NOTICE OF SETTLEMENT** |
|     vs. | ) |
| **SWC GROUP, L.P.,** | ) |
| **Defendant.** | ) |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiff, with Defendant's consent and agreement, requests that this Honorable Court vacate all pending deadlines and hearings and allow thirty (30) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

1 | Respectfully submitted this 27th Day of December, 2017.
2 | By: s/Todd M. Friedman
3 | TODD M. FRIEDMAN
4 | Law Offices of Todd M. Friedman, P.C.
  | Attorney for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Filed electronically on this 27th Day of December, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Michael W. Fitzgerald
United States District Court
Central District of California

And all Counsel of Record on the electronic service list.

This 27th Day of December, 2017.

s/Todd M. Friedman
Todd M. Friedman