Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTINA BURRELL, | ) | Case No. CV 17-8379-MWF(FFMx) |
| Plaintiff, | ) ) ) | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| -vs- | ) | |
| SWC GROUP, LP, ET AL. | ) | |
| Defendant | ) | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

\\\

Stipulation to Dismiss- 1

Respectfully submitted this 26th Day of January, 2018

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/ Brett B. Goodman
Brett B. Goodman
Attorney for Defendant

Filed electronically on this 26th Day of January, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge MICHAEL W. FITZGERALD
United States District Court
Central District of California

And all Counsel of Record on the electronic service list.

This 26th Day of January, 2018.

s/Todd M. Friedman
Todd M. Friedman

Stipulation to Dismiss- 3